THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Anthony Lamont Morris, Appellant.
 
 
 

Appeal From Greenville County
  John C. Few, Circuit Court Judge

Unpublished Opinion No. 2004-UP-373
 Submitted April 21, 2004  Filed June 17, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for 
 Respondent.
 
 
 

PER CURIAM:  Anthony Lamont Morris appeals 
 his conviction for trafficking in cocaine.  Morriss appellate counsel has petitioned 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Morriss appeal is without legal merit sufficient to warrant a new trial.  The 
 issue briefed by counsel concerns whether the trial court erred in refusing 
 to submit a lesser-included offense to the jury.  Morris has filed a brief on 
 his own behalf alleging, in addition to the issue briefed by counsel, evidentiary 
 errors and defects in subject matter jurisdiction. 
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues in this case that are 
 arguable on their merits.  Accordingly, we dismiss Morriss appeal and grant 
 counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.